Civil Action, File Number \_\_\_\_

**EXHIBITS TO COMPLAINT FOR DECLARATORY, INJUNCTIVE, AND MANDAMUS RELIEF**

1. Nov. 8, 2005 Letter from U.S. Citizenship and Immigration Services confirming continued delay of processing of Andrey Shirin's Application to Adjust to Permanent Resident Status

2. Oct. 17, 2005 Letter to William L. Hooton, Assistant Director, Records Management Division, Federal Bureau of Investigation, requesting assistance in expediting name/security check for Andrey Shirin

3. Sept. 17, 2005 Letter to Valerie E. Caproni, General Counsel, Federal Bureau of Investigation, requesting assistance in expediting name/security check for Andrey Shirin

4. July 20, 2005 Letter from U.S. Citizenship and Immigration Services confirming continued delay of processing of Andrey Shirin's Application to Adjust to Permanent Resident Status

5. July 21, 2005 Letter from Rep. James Moran to Andrey Shirin detailing Congressman's efforts to assist with Delay of Shirin's Application to Adjust to Permanent Resident Status

6. May 2005 Email from Federal Bureau of Investigation to Andrey Shirin explaining USCIS submission of name check information contained an error by USCIS and FBI's security/name check continued to be pending

7. Feb. 2005 Email from Federal Bureau of Investigation to Andrey Shirin explaining USCIS submission of name check information contained an error by USCIS and FBI's security/name check continued to be pending

8. Aug. 8, 2003 Notice of Action Showing Receipt of Andrey Shirin's I-485 Application to Adjust to Permanent Resident Status



U.S. Department of Homeland Security
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479-0001

**US Citizenship and Immigration Services**

November 8, 2005

JONATHAN S HALE ESQ
205B 12TH ST NE
WASHINGTON DC  20002

File Receipt Number: EAC0322851903
Applicant/Petitioner: ANDREY SHIRIN

Dear Sir or Madam:

Your Form G-28 has been entered into our system and routed to the relating file.

The processing of your petition/application has been delayed. All petitions/applications received by this Service are required to have routine security checks that are resulting in delays of the adjudication of petitions/applications. We can give no definite indication of when they will be completed. We apologize for the delay.

For future status inquiries of a petition or application filed at this Center you may want to utilize our National Customer Service Center by calling (800) 375-5283. If you would like to obtain forms, filing instructions, case status or schedule an appointment with your local office, please visit our web site at www.uscis.gov (forms and appointments can be obtained from this site). You must use the InfoPass Appointment Scheduler prior to visiting your local office.

FINAL NOTE: Please remember that every person over the age of 14, who is not a U.S. citizen or in 'A' or 'G' nonimmigrant status, must also notify the Department of Homeland Security within 10 days from when they move. To do this, please complete and mail in Form AR-11.

Sincerely,

*Sandra T. Bushey*

Sandra T. Bushey
Acting Center Director
VSC05102001472/209130

www.uscis.gov

205 12th Street NE<br>
Washington, D.C. 20002<br>
October 17, 2005

William L. Hooton
Assistant Director, Records Management Division
Federal Bureau of Investigation
Room 11703
935 Pennsylvania Avenue, N.W.
Washington, DC 20535-0001

Dear Mr. Hooton:

I represent Reverend Andrey Shirin, a Russian citizen, in a possible immigration-related mandamus action. The Federal Bureau of Investigation's (FBI) failure to complete a name check for Rev. Shirin has significantly delayed action on his application to adjust his immigration status. We would appreciate any assistance resolving this matter and expediting the name check.

Rev. Shirin applied to the U.S. Citizenship and Immigration Service (USCIS) to adjust to permanent resident on July 28, 2003. More than a year later, Rev. Shirin contacted the FBI in October 2004 to request the status of his FBI name check. In February 2005, the FBI responded that the first USCIS submission of Rev. Shirin's name check information contained an error and was not accepted by the FBI's automated system. The FBI also indicated that another submission of Rev. Shirin's name check information was received on January 19, 2005. At this time, processing is still pending with the FBI to the best of our knowledge. The resulting delayed action on Rev. Shirin's immigration application has caused him hardship due to the uncertainty about his and his wife's future.

There are several facts that may be important to note in this case. Rev. Shirin's current U.S. Visa (Visa #52494559, Visa Control #20022402590001, issued in Moscow on Dec. 20, 2002) contains the following annotation – "**SUBJECT NOT SAME PERSON AS LOOKOUT ENTRY.**" A May 9, 2005 FBI response to a Freedom of Information-Privacy Acts Request (RN# 1020155- 000) indicated that a search of the automated indices of the FBI's central records system files located no records on Rev. Shirin at FBI Headquarters.

Rev. Shirin has been in the United States since 1991. He is ordained in the Freewill Bapist Church and earned a Master of Divinity Degree from the Eastern Baptist Theological Seminary in Pennsylvania and a Master's Degree and PhD from the Princeton Theological Seminary in New Jersey. Rev. Shirin is currently a Church Planting Missionary in Washington, D.C. and employed by the Delaware Baptist Association. Rev. Shirin's Social Security Number is: 199 72 5956, his date of birth is: April 21, 1966, and his Alien Number is: A097487618. His current address is: 2251 Pimmit Drive, 1006, Falls Church, VA 22043.

Please let me know if you require any additional information. I can be contacted by telephone at: (202) 544-3061 or cell (202) 744-9672. Thank you in advance for your assistance.

Sincerely,<br>
<em>Jonathan Hale</em><br>
Jonathan S. Hale, Esq.

205 12th Street NE<br>
Washington, D.C. 20002<br>
September 17, 2005

Ms. Valerie E. Caproni
General Counsel
Office of the General Counsel, Room 7427
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, DC 20535

Dear Ms. Caproni:

  I represent Reverend Andrey Shirin, a Russian citizen, in a possible immigration-related mandamus action. The Federal Bureau of Investigation's (FBI) failure to complete a name check for Rev. Shirin has significantly delayed action on his application to adjust his immigration status. We would appreciate any assistance resolving this matter and expediting the name check.

  Rev. Shirin applied to the U.S. Citizenship and Immigration Service (USCIS) to adjust to permanent resident on July 28, 2003. More than a year later, Rev. Shirin contacted the FBI in October 2004 to request the status of his FBI name check. In February 2005, the FBI responded that the first USCIS submission of Rev. Shirin's name check information contained an error and was not accepted by the FBI's automated system. The FBI also indicated that another submission of Rev. Shirin's name check information was received on January 19, 2005. At this time, processing is still pending with the FBI to the best of our knowledge. The resulting delayed action on Rev. Shirin's immigration application has caused him hardship due to the uncertainty about his and his wife's future.

  There are several facts that may be important to note in this case. Rev. Shirin's current U.S. Visa (Visa #52494559, Visa Control #20022402590001, issued in Moscow on Dec. 20, 2002) contains the following annotation – "**SUBJECT NOT SAME PERSON AS LOOKOUT ENTRY.**" A May 9, 2005 FBI response to a Freedom of Information-Privacy Acts Request (RN# 1020155-000) indicated that a search of the automated indices of the FBI's central records system files located no records on Rev. Shirin at FBI Headquarters.

  Rev. Shirin has been in the United States since 1991. He is ordained in the Freewill Bapist Church and earned a Master of Divinity Degree from the Eastern Baptist Theological Seminary in Pennsylvania and a Master's Degree and PhD from the Princeton Theological Seminary in New Jersey. Rev. Shirin is currently a Church Planting Missionary in Washington, D.C. and employed by the Delaware Baptist Association. Rev. Shirin's Social Security Number is: 199 72 5956, his date of birth is: April 21, 1966, and his Alien Number is: A097487618. His current address is: 2251 Pimmit Drive, 1006, Falls Church, VA 22043.

  Please let me know if you require any additional information. I can be contacted by telephone at: (202) 544-3061 or cell (202) 744-9672. Thank you in advance for your assistance.

Sincerely,<br>
<br>
Jonathan S. Hale, Esq.

cc: Mr. Michael Cannon, Chief
   FBI National Name Check Program/RMD



U.S. Department of Homeland Security
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479-0001

**US Citizenship and Immigration Services**

July 20, 2005

ANDREY SHIRIN
2251 PIMMIT DR 1006
FALLS CHURCH VA 22043

A File Number: A97487618
File Receipt Number: EAC0322851903
Applicant/Petitioner: ANDREY SHIRIN
Beneficiary: OLGA MIROSHNICHENKO

Dear Sir or Madam:

Upon receipt of your letter requesting expeditious handling, this matter was reviewed and a determination was made that it does not meet the criteria for special handling. The petition/application will be processed within the normal processing time here at the Center.

The processing of your petition/application has been delayed. All petitions/applications received by this Service are required to have routine security checks that are resulting in delays of the adjudication of petitions/applications. We can give no definite indication of when they will be completed. We apologize for the delay.

For future status inquiries of a petition or application filed at this Center you may want to utilize our National Customer Service Center by calling (800) 375-5283. If you would like to obtain forms, filing instructions, case status or schedule an appointment with your local office, please visit our web site at www.uscis.gov (forms and appointments can be obtained from this site). You must use the InfoPass Appointment Scheduler prior to visiting your local office.

FINAL NOTE: Please remember that every person over the age of 14, who is not a U.S. citizen or in 'A' or 'G' nonimmigrant status, must also notify the Department of Homeland Security within 10 days from when they move. To do this, please complete and mail in Form AR-11.

Sincerely,

*Paul E. Novak Jr.*

Paul E. Novak, Jr.
Center Director
VSC05071900890/33593

www.uscis.gov

**JAMES P. MORAN**
8TH DISTRICT OF VIRGINIA

COMMITTEE ON APPROPRIATIONS
SUBCOMMITTEES:
DEFENSE
INTERIOR

www.house.gov/moran



Congress of the United States
House of Representatives

WASHINGTON OFFICE:
2239 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-4608
(202) 225-4376
FAX: (202) 225-0017

DISTRICT OFFICES:
5115B FRANCONIA ROAD
ALEXANDRIA, VA 22310
(703) 971-4700
FAX: (703) 922-9436

SUITE 312
1760 RESTON PARKWAY
RESTON, VA 20190
(703) 481-4339
FAX: (703) 481-4338

July 21, 2005

Mr. Andrey Shirin
2251 Pimmit Drive
#1006
Falls Church, Virginia  22043-2824

Dear Mr. Shirin:

Thank you for taking the time to contact me regarding the pending adjustment of status applications you and your wife have with U.S. Citizenship and Immigration Services.

I have contacted both U.S. CIS and the FBI and learned that your namecheck clearance is currently pending. Olga's clearance has been completed, but since she is a derivative beneficiary, her case cannot receive a final decision until your clearance is resolved. While an exact timeline of when to expect this process to be complete was not available, I have been assured that every effort will be made to bring your case to closure as quickly as possible.

I hope that this information is helpful to you. Please do not hesitate to contact me if I may be of assistance on other matters in the future. My staff and I are always ready to be of service.

With kindest regards, I am

Sincerely yours,

JAMES P. MORAN
Member of Congress

JPM/ph

MAY, 2005

Dear Andrey Shirin

I am responding to your email dated December 12, 2004, concerning the name check status of your and your spouse, Olga Miroshnichenko.

A review of the FBI's Name Check Program database revealed that a request from the U.S. Citizenship and Immigration Services (USCIS) for you was received on March 30, 2004. This submission contained an error and was not accepted by our automated system. However, our records also show another submission received on January 19, 2005, and is currently pending. You may be assured that the immigration authorities will be advised at the earliest possible date upon completion of this case.

The FBI completed a name check for Olga on March 30, 2004, and the results were forwarded to the USCIS Headquarters, Washington, DC.

Sincerely,

Michael A. Cannon/gmg
Chief, National Name Check
   Program Section
Records Management Division

---

From: Shirin, Andrey [mailto:andrey.shirin@ptsem.edu]
Sent: Sun 12/12/2004 7:44 PM
To: FBINNCP Email
Subject: Name Check Status


Dear Officer,

I and my spouse have filed an application for adjustment of status to that as of Lawful permanent Resident
with the USCIS Vermont Service Center on xxx. Our application is now pending adjudication at the Vermont
Service Center.

I am sending this note to you kindly asking for your office to please provide the status of the security/name
check I believe the USCIS would have requested upon the filing of our application for adjustment of status.

Following are the details of our case:

Primary Applicant
Name : Andrey Shirin
DOB : 4/21/66
USCIS A# : 097487618
Address: 3131 Meetinghouse Rd., G-24
Boothwyn, PA 19061
Email andrey.shirin@ptsem.edu
Phone (610) 859-8410

My spouse information :

FEB, 2005

Dear Andrey Shirin:

I am responding to your email dated October 26, 2004, concerning the name check status of you and your spouse, Olga Miroshnichenko.

The FBI completed a name check for Olga on March 30, 2004, and the results were forwarded to the U.S. Citizenship and Immigration Services (USCIS), Washington, DC. However, a review of the FBI's National Name Check Program database revealed that a request from the USCIS for you was received on March 30, 2004. This submission contained an error and was not accepted by our automated system. Our records also reveal another submission on January 19, 2005, and it is currently pending.

Sincerely yours,

David M. Hardy/gmg
Chief, National Name Check
    Program Section
Records Management Division

---

From: Shirin, Andrey [mailto:andrey.shirin@ptsem.edu]
Sent: Tue 10/26/2004 5:21 PM
To: FBINNCP Email
Subject: Name Check Status

Dear Officer,

I and my spouse have filed an application for adjustment of status to that as of Lawful permanent Resident with the USCIS Vermont Service Center on xxx. Our application is now pending adjudication at the Vermont Service Center.

I am sending this note to you kindly asking for your office to please provide the status of the security/name check I believe the USCIS would have requested upon the filing of our application for adjustment of status.

Following are the details of our case:

Primary Applicant
Name : Andrey Shirin
DOB : 4/21/66
USCIS A# : 097487618
Address: 3131 Meetinghouse Rd., G-24
Boothwyn, PA 19061
Email andrey.shirin@ptsem.edu
Phone (610) 859-8410

My spouse information :
Name : Olga Miroshnichenko
DOB : 8/18/77
USCIS A#: 097487619

U.S. Department of Justice  
Immigration and Naturalization Service

**Notice of Action**

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-03-228-51903 | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|
| RECEIVED DATE<br>July 28, 2003 | PRIORITY DATE | APPLICANT A97 487 618<br>SHIRIN, ANDREY V. |
| NOTICE DATE<br>August 8, 2003 | PAGE<br>1 of 1 | |

WILLIAM A. STOCK  
DECHERT LLP  
4000 BELL ATLANTIC TOWER  
1717 ARCH ST  
PHILADELPHIA PA 19103-2793

Notice Type: Receipt Notice  
Amount received: $ 305.00  
Section: Adjustment as direct beneficiary of immigrant petition

The above application or petition has been received. It usually takes 365 to 540 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.ins.gov. On our web site you can get-up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.  
IMMIGRATION & NATURALIZATION SERVICE  
VERMONT SERVICE CENTER  
75 LOWER WELDEN STREET  
SAINT ALBANS VT 05479-0001  
Customer Service Telephone: (800) 375-5283