## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

                                                                Civil Action, File Number \_\_\_\_

Reverend Andrey Shirin, and )
Olga Miroshnichenko )
2251 Pimmit Drive, #1006 )
Falls Church, VA 22043 )
                                             Plaintiffs, )

v. )

Alberto R. Gonzales, U.S. Attorney General )    **MOTION TO ADMIT**
U.S. Department of Justice )    **ATTORNEY FOR**
950 Pennsylvania Avenue, NW )    **LIMITED PURPOSE OF**
Washington, DC 20530-0001 )    **PROSECUTING THIS**
)    **ONE ACTION**
Robert S. Mueller, III, Director )
Federal Bureau of Investigation )
935 Pennsylvania Ave. NW )
Washington, D.C. 20535-0001 )
)
Michael Chertoff, Secretary )
Department of Homeland Security )
Washington, D.C. 20258 )
)
Eduardo Aguirre, Director )
U.S. Citizenship )
and Immigration Services (USCIS) )
425 Eye St. NW )
Washington DC 20536 )
)
Sandra T. Bushey, Acting Director )
Vermont Service Center )
U.S. Citizenship & Immigration Services )
75 Lower Weldon Street )
St. Albans, VT 05479-0001 )
)
                                             Defendants. )

# MOTION TO ADMIT ATTORNEY FOR LIMITED PURPOSE OF PROSECUTING THIS ONE ACTION

## I.    RELIEF SOUGHT

Jim Tom Haynes moves this Court for an order permitting Jonathan S. Hale to appear as an attorney in this one action for the limited purpose of prosecuting the claims of Andrey Shirin and Olga Miroshnichenko pursuant to Local Civil Rule 83.2(d).

## II.    GROUNDS FOR RELIEF

The grounds for the motion are that:

1.     Andrey Shirin and Olga Miroshnichenko are the Plaintiffs in this action. They are currently being represented by Jonathan S. Hale, who is duly licensed to practice in the District of Columbia and who is a member in good standing of the District of Columbia Bar.

2.     If Jonathan S. Hale is allowed to appear in this matter, he would do so under the auspices and supervision of Jim Tom Haynes.

4.     As explained in the attached Declaration, Jonathan S. Hale of 205B 12th NE, Washington, D.C. 20002:

   a.     Is sponsored to be admitted for this limited purpose by Jim Tom Haynes, whose office address is 1818 N Street NW, Suite 700, Washington, D.C. 20036, whose telephone number is (202) 293-3123, and who is a member of the Bar of this Court.

   b.     Has not applied to appear in any actions in the U.S. District Court for the District of Columbia or other federal district or appellate courts within the past two years.

  c. Is licensed to practice law in the District of Columbia.

  d. Has not been the subject of disciplinary actions in any jurisdictions.

  e. Has not been denied admission to the court of any State or to any Federal Court.

  f. Agrees to become familiar with and abide by all rules of practice and professional conduct applicable in this Court so long as he is permitted to appear in this action.

  g. Will remain associated with Jim Tom Haynes for as long as he is permitted to appear in this action.

5. Jim Tom Haynes certifies to this Court that he finds Jonathan S. Hale to be a reputable attorney and recommends to the court that the motion be granted.

Respectfully submitted,

_____
Jim Tom Haynes, D.C. Bar No. 340422
1818 N Street NW, Suite 700
Washington, D.C. 20036
Tel. (202) 293-3123

Dated: Jan. 4, 2006

## DECLARATION OF JONATHAN S. HALE, ESQ.

I do hereby declare that:

1. My full name is: Jonathan Sumner Hale.

2. My address and telephone number are: 205B 12th NE, Washington, D.C. 20002, (202) 544-3061.

3. I practice law in the District of Columbia and am admitted to the District of Columbia Bar, Bar Number 463297.

4. I certify that I have not been the subject of disciplinary actions in any jurisdictions.

5. I have not applied to appear pro hac vice in the U.S. District Court for the District of Columbia or other federal district or appellate courts.

_____
Jonathan S. Hale, Esq., D.C. Bar No. 463297
205B 12th St. NE
Washington, D.C. 20002

Tel. (202) 544-3061

Dated: Jan. 4, 2006

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

                                                          Civil Action, File Number ____

Reverend Andrey Shirin, and            )
Olga Miroshnichenko                    )
2251 Pimmit Drive, #1006               )
Falls Church, VA 22043                 )
                                              )
                      Plaintiffs,         )
                                              )
v.                                     )
                                              )
Alberto R. Gonzales, U.S. Attorney General  )     **ORDER**
U.S. Department of Justice             )
950 Pennsylvania Avenue, NW            )
Washington, DC 20530-0001              )
                                              )
Robert S. Mueller, III, Director       )
Federal Bureau of Investigation        )
935 Pennsylvania Ave. NW               )
Washington, D.C. 20535-0001            )
                                              )
Michael Chertoff, Secretary            )
Department of Homeland Security        )
Washington, D.C. 20258                 )
                                              )
Eduardo Aguirre, Director              )
U.S. Citizenship                       )
and Immigration Services (USCIS)       )
425 Eye St. NW                         )
Washington DC 20536                    )
                                              )
Sandra T. Bushey, Acting Director      )
Vermont Service Center                 )
U.S. Citizenship & Immigration Services )
75 Lower Weldon Street                 )
St. Albans, VT 05479-0001              )
                                              )
                    Defendants.          )

## **ORDER**

AND NOW, this          Day of                    , it is hereby

ORDERED that the Motion to Admit Jonathan S. Hale to practice in this Court pursuant to Local Civil Rule 83.2(d) is

GRANTED.

DENIED.

_____

Judge
U.S. District Court for the
District of Columbia