# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Civil Action, File Number ____

Reverend Andrey Shirin, and )
Olga Miroshnichenko )
2251 Pimmit Drive, #1006 )
Falls Church, VA 22043 )
)
               Plaintiffs, )
)
v. )
)
Alberto R. Gonzales, U.S. Attorney General )   **ORDER**
U.S. Department of Justice )
950 Pennsylvania Avenue, NW )
Washington, DC 20530-0001 )   **06 0009**
)
Robert S. Mueller, III, Director )
Federal Bureau of Investigation )
935 Pennsylvania Ave. NW )
Washington, D.C. 20535-0001 )
)
Michael Chertoff, Secretary )
Department of Homeland Security )
Washington, D.C. 20258 )
)
Eduardo Aguirre, Director )
U.S. Citizenship )
and Immigration Services (USCIS) )
425 Eye St. NW )
Washington DC 20536 )
)
Sandra T. Bushey, Acting Director )
Vermont Service Center )
U.S. Citizenship & Immigration Services )
75 Lower Weldon Street )
St. Albans, VT 05479-0001 )
)
               Defendants. )

## ORDER

AND NOW, this 10th Day of January, it is hereby

ORDERED that the Motion to Admit Jonathan S. Hale to practice in this Court pursuant to Local Civil Rule 83.2(d) is

GRANTED.

~~DENIED~~

_____
Judge
U.S. District Court for the
District of Columbia