**EXHIBITS TO AFFIDAVIT OF JONATHAN S. HALE**

**Return Receipt 1:**

1. Article Addressed to:
   US ATTORNEY (overwritten on "US ATTORNE")
   555 4th St NW
   WASHINGTON, DC
   20530

Service Type: Certified Mail

Received by: (signature) — JAN 0 9 2006

2. Article Number: 7004 1160 0004 2288 8104

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

**Return Receipt 2:**

1. Article Addressed to:
   ALBERTO R. GONZALES
   US DEPT. OF JUSTICE
   950 PENN. AVE, NW
   WASHINGTON, DC
   20530-0001

Service Type: Certified Mail

Received by: (signature) — JAN 0[9] 2006

2. Article Number: 7004 1160 0004 2288 8159

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ROBERT S. MUELLER, III
DIRECTOR
FBI
935 PENN. AVE NW
WASHINGTON DC
20535-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name): DWJONES AP
C. Date of Delivery: 1/9/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0004 2288 8142

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MICHAEL CHERTOFF
US DEPART. OF HOMELAND
SECURITY
WASHINGTON DC
20528

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature: James Adams]
☐ Agent
☐ Addressee

B. Received by (Printed Name): JAN 1 9 2006
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

*SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY*

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0004 2288 8135

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    EDUARDO AGUIRRE
    USCIS
    425 EYE ST NW
    WASHINGTON, DC
    20536

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name): DHS
C. Date of Delivery: 1-10-06

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0004 2288 8111

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    JANDRA BUSHEY
    VERMONT SERVICE CENTER
    USCIS
    75 LOWER WELDEN ST.
    ST ALBANS, VT
    05479-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0004 2288 8128

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540