IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case Number 1:06CV00009

Reverend Andrey Shirin, and )
Olga Miroshnichenko )
2251 Pimmit Drive, #1006 )
Falls Church, VA 22043 )
)
          Plaintiffs, )
)
vs. )
)
Alberto R. Gonzales, U.S. Attorney General ) **Affidavit of Service on Officer or**
U.S. Department of Justice ) **Agency of United States**
950 Pennsylvania Avenue, NW )
Washington, DC 20530-0001 )
)
Robert S. Mueller, III, Director )
Federal Bureau of Investigation )
935 Pennsylvania Ave. NW )
Washington, D.C. 20535-0001 )
)
Michael Chertoff, Secretary )
Department of Homeland Security )
Washington, D.C. 20258 )
)
Eduardo Aguirre, Director )
U.S. Citizenship )
and Immigration Services (USCIS) )
425 Eye St. NW )
Washington DC 20536 )
)
Sandra T. Bushey, Acting Director )
Vermont Service Center )
U.S. Citizenship & Immigration Services )
75 Lower Weldon Street )
St. Albans, VT 05479-0001 )
)
          Defendants. )

## AFFIDAVIT OF JONATHAN S. HALE

I, Jonathan S. Hale, being duly sworn, deposes and states:

1. My name is Jonathan S. Hale. I am over 18 years of age and reside at 205 12th St NE in Washington, D.C. 20002, I am fully competent to make this affidavit and I have personal knowledge of the facts stated in this affidavit. To my knowledge, all of the facts stated in this affidavit are true and correct.

2. I make this affidavit as proof that the summons and complaint were duly served in this action.

3. On January 5, 2006, I mailed a copy of the summons and complaint in this action by certified mail to the process clerk at the office of the United States Attorney in a sealed, postage prepaid envelope.

4. In addition, on January 5, 2006, I sent true and correct copies of the summons and complaint by certified mail, postage prepaid, to the Attorney General of the United States at Washington, D.C.

5. On January 5, 2006, I served the summons and complaint on Robert S. Mueller, III, Director of the Federal Bureau of Investigation, by mailing them by certified mail in a sealed, postage prepaid envelope addressed to at Federal Bureau of Investigation, 935 Pennsylvania Ave. NW, Washington, D.C. 20535-0001.

6.  On January 5, 2006, I served the summons and complaint on Michael Chertoff, Secretary of the U.S. Department of Homeland Security, by mailing them by certified mail in a sealed, postage prepaid envelope addressed to U.S. Department of Homeland Security, Washington, D.C. 20258.

7.  On January 5, 2006, I served the summons and complaint on Eduardo Aguirre, Director of U.S. Citizenship and Immigration Services, by mailing them by certified mail in a sealed, postage prepaid envelope addressed to U.S. Citizenship and Immigration Services (USCIS), 425 Eye St. NW, Washington D.C. 20536.

8.  On January 5, 2006, I served the summons and complaint on Sandra T. Bushey, Acting Director of the USCIS Vermont Service Center, by mailing them by certified mail in a sealed, postage prepaid envelope addressed to U.S. Citizenship & Immigration Services, 75 Lower Weldon Street, St. Albans, VT 05479-0001.

Signed by: _____
Jonathan S. Hale

Dated:    March 2, 2006

**NOTARY PUBLIC**

_____

Dated:

District of Columbia: SS

Subscribed and sworn to before me, in my presence, this 2nd day of March, 2006
by Jonathan Hale
_____
Notary Public, D.C.

Chang Ho Choi
Notary Public District of Columbia
My Commission Expires 6/14/09