UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREY SHIRIN, et al., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALBERTO GONZALEZ, )<br>et al., )<br>)<br>Defendant )<br>_____) | Civil Action No. 06CV0009 (CKK) |

DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

     Defendants, by and through undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to answer or otherwise respond to Plaintiffs' Complaint. Defendants requests that the deadline for responding to Plaintiff's Complaint be extended 45 days, from March 13, 2006, to April 27, 2006. Counsel for Plaintiffs informed undersigned counsel that he does not oppose an extension of time to answer or otherwise respond to Plaintiffs' Complaint. The grounds for this request are set forth below.

     After review of the Complaint with agency counsel, Defendants believe that a resolution of the case without Court intervention is likely. Plaintiffs Andrey Shirin and Olga Miroshnichenko seek a writ of mandamus compelling Defendants to act upon their Employment-Based Adjustment of Status Applications ("AOS Applications"). See generally Plaintiffs' Complaint. On January 23, 2006, the FBI completed its name checks on Plaintiffs. On February 22, 2006, Plaintiffs were issued Appointment Notices to have their fingerprints taken on March 8, 2006, in support of their AOS Applications. Upon receipt of the fingerprints, the U.S. Citizenship and Immigration Service ("USCIS") will be able to assess Plaintiff's application.

     This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendants some additional time to process Plaintiffs' fingerprints and assess their AOS Applications will aid both the parties and the Court in the development and resolution of

this case.

WHEREFORE, based on the foregoing, Defendants respectfully requests that the time for answering or otherwise responding to the complaint be extended to and including April 27, 2006.

Dated: March 6, 2006.

                        Respectfully submitted,

                        /s/
                        KENNETH L. WAINSTEIN, D.C. BAR # 451058
                        United States Attorney

                        /s/
                        R. CRAIG LAWRENCE, D.C. BAR # 171538
                        Assistant United States Attorney

                        /s/
                        HEATHER R. PHILLIPS, CA BAR # 191620
                        Assistant United States Attorney
                        Judiciary Center Building
                        555 4th Street, N.W. - Civil Division
                        Washington, D.C. 20530
                        (202) 514-7139

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDREY SHIRIN, et al.,**  )  )   **Plaintiff,**  )  ) v.   )   ) **ALBERTO GONZALEZ,**   ) **et al.,**  )  )   **Defendant**  )  ) | **Civil Action No. 06CV0009 (CKK)** |

## ORDER

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiffs' Complaint,

it is this ___ day of _____, 2006 hereby:

ORDERED that the Defendants' Motion is GRANTED.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE