## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

                                                            Civil Action, File Number 1:06-cv-9

Reverend Andrey Shirin, and )
Olga Miroshnichenko )
2251 Pimmit Drive, #1006 )
Falls Church, VA 22043 )
                                      Plaintiffs, )

v. )

Alberto R. Gonzales, U.S. Attorney General ) **NOTICE OF**
U.S. Department of Justice ) **VOLUNTARY**
950 Pennsylvania Avenue, NW ) **DISMISSAL**
Washington, DC 20530-0001 )

Robert S. Mueller, III, Director )
Federal Bureau of Investigation )
935 Pennsylvania Ave. NW )
Washington, D.C. 20535-0001 )

Michael Chertoff, Secretary )
Department of Homeland Security )
Washington, D.C. 20258 )

Eduardo Aguirre, Director )
U.S. Citizenship )
and Immigration Services (USCIS) )
425 Eye St. NW )
Washington DC 20536 )

Sandra T. Bushey, Acting Director )
Vermont Service Center )
U.S. Citizenship & Immigration Services )
75 Lower Weldon Street )
St. Albans, VT 05479-0001 )

                                      Defendants. )

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(i), Plaintiffs Andrey Shirin and Olga Miroshnichenko hereby dismiss the above-captioned action with prejudice.

Since Plaintiffs' complaint was filed on January 5, 2006, the Federal Bureau of Investigation and U.S. Citizenship and Immigration Services ("USCIS") completed Andrey Shirin's security and name checks. USCIS also approved Andrey Shirin and Olga Miroshnichenko's Adjustment of Status Applications on March 20, 2006. Therefore, all issues set out in Plaintiffs' complaint are now resolved.

Respectfully submitted,

_____
Jim Tom Haynes, D.C. Bar No. 340422
1818 N Street NW, Suite 700
Washington, D.C. 20036
Tel. (202) 293-3123

Dated: Mar. 30, 2006

_____
Jonathan S. Hale, D.C. Bar No. 463297
Attorney for Plaintiffs
205B 12th St NE
Washington, D.C. 20002
Tel. (202) 544-3061

Dated: Mar. 30, 2006